PROB 12C
(6/16)

Report Date: September 24, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2021

SEAN F. McAVOY, CLERK

Name of Offender: James Anthony Stinson         Case Number: 0980 2:12CR00040-WFN-1

Address of Offender:                            Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 13, 2012

| | | |
|---|---|---|
| Original Offense: | Addict and Unlawful User of a Controlled Substance in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(3). | |
| Original Sentence: | Prison - 120 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: October 6, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 5, 2023 |

## PETITIONING THE COURT

To issue a **WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| 3 | **Mandatory Condition #5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

**Supporting Evidence**: Mr. James Anthony Stinson is alleged to have violated mandatory condition number 2, 3 and 5, by being arrested by a Spokane-based law enforcement task force on September 23, 2021, with charges now being requested for Possession of a Controlled Substance with Intent to Manufacture or Deliver, in violation of R.C.W. 69.50.401, a Class B felony; Possessing a Stolen Firearm, in violation of R.C.W. 9A.56.310, a Class B felony; and two counts of Unlawful Possession of a Firearm, in violation of R.C.W. 9.41.040, a Class B felony.

Prob12C
Re: Stinson, James Anthony
September 24, 2021
Page 2

On October 6, 2020, the undersigned officer reviewed Mr. Stinson's conditions of supervised release, relative to 2:12CR00040-JLQ-1, with him telephonically. Mr. Stinson indicated he understood all conditions as ordered by the Court, and the conditions were signed electronically by the undersigned officer on his behalf and with his approval, given the current COVID-19 pandemic. Specifically, Mr. Stinson was made aware by his U.S. probation officer that he was required to not commit another federal, state or local crime, possess a firearm or possess or consume any illicit substance.

Specifically, on September 23, 2021, the undersigned officer received notification from the Federal Bureau of Investigation that Mr. Stinson had been arrested in Spokane by a joint task force for the offenses as outlined herein. On September 23 and 24, 2021, the undersigned officer subsequently received the Declaration for Search Warrant in this matter along with the client's requested charges and booking sheet, followed by the client's submitted charging request and witness list, respectively.

According to the documents received in this matter on September 23, 2021, Mr. Stinson was taken into custody by a joint task force with a search warrant being executed at the Rodeway Inn located in Spokane, where the client was determined to have been staying. As a part of the executed search warrant, law enforcement subsequently located two firearms, along with a "large amount" of controlled substances, to include approximately 7 ounces of suspected methamphetamine, 54 grams of suspected cocaine and crack cocaine, and over 100 "mexi pills." All substances as identified were subsequently field tested and reflected as being presumptive positive for their respective and suspected substance as outlined.

The charging request noted that based on the amount of illicit substances present, this amount would far exceed "user amounts," The report concludes noting that a scale and packaging materiels were also located during the search, one of the firearms was determined to have been stolen, and the client is a convicted felon, not allowed to possess, control or own any firearms.

The U.S. Probation Office respectfully recommends the Court **issue a <u>WARRANT</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 24, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Stinson, James Anthony
September 24, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

09/24/2021
Date