PROB 12C
(6/16)

Report Date:  November 7, 2025

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2025

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Anthony Stinson          Case Number: 0980 2:12CR00040-TOR-1

Address of Offender: ███████████████████████ Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 13, 2012

| | |
|---|---|
| Original Offense: | Addict and Unlawful User of a Controlled Substance in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(3). |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 120 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 6, 2020 |
| Defense Attorney: | David R. Partovi | Date Supervision Expires: | Tolling |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/24/2021.

On October 26, 2020, Mr. Stinson signed his conditions relative to case number 2:12CR00040-TOR-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. James Anthony Stinson is alleged to have violated mandatory condition number 2 following his arrest on September 23, 2021, and by now being charged in a second and superseding indictment dated April 17, 2024, charging Mr. Stinson with Sex Trafficking by Force, Fraud, or Coercion, in violation of 18 U.S.C. § 1591(a)(1), (b)(1); and Benefitting from Sex Trafficking by Force, Fraud or Coercion, in violation of 18 U.S.C. § 1591(a)(2), (b)(1).

Specifically, on November 9, 2021, Mr. Stinson was charged in the Eastern District of Washington by indictment, and relative to cause number 2:21CR00162-TOR-1, following his arrest in the Eastern District of Washington on September 23, 2021. The preceding petition, dated September 24, 2021, establishes violations 1-3, alleging Mr. Stinson's having committed another federal, state or local crime, by having possessed a controlled substance and his having possessed a firearm.

Prob12C
**Re: Stinson, James Anthony**
**November 7, 2025**
**Page 2**

On April 18, 2024, a second superseding indictment was filed charging those additional offenses as outlined in paragraph number one.

On November 5, 2025, Mr. Stinson presented in U.S. District Court and was found guilty by jury verdict of 11 separate counts of misconduct stemming form the subject's September 23, 2021, arrest, and related to the subject's possession of firearms, his distribution of illicit substances and those offenses as outlined herein.

Sentencing relative to cause 2:21CR00162-TOR-1 is currently set for February 4, 2026, at 10 a.m. in Spokane, Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 7, 2025

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[X]   Defendant to appear before the Judge assigned to the
        case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

November 10, 2025

Date